IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br>United States Penitentiary/McCreary<br>P.O. Box 3000<br>Pine Knoy, Kentucky 42635<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA,<br>10 Burton Hills Boulevard<br>Nashville, Tennessee 37215<br><br>    Defendant. | Civil Action No. _____<br>(District of Columbia Superior Court<br>Civil Action No. 05-0008344) |

## NOTICE OF REMOVAL

Corrections Corporation of America, by counsel, hereby gives notice that the above captioned action pending in the Superior Court for the District of Columbia, Civil Action No. 05-0008344 (the "Superior Court Action"), is removed to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446 for the following reasons:

1. The Superior Court Action was commenced by the filing of a Complaint on or about October 20, 2005, and is currently pending in the Superior Court for the District of Columbia. A copy of the Summons and Complaint are attached as Exhibit A.

2. The Superior Court of the District of Columbia issued an Initial Order on October 20, 2005 establishing a status conference, a copy of which is attached as Exhibit B.

1

3.    On November 14, 2005, Defendant Corrections Corporation of America filed a Motion to Dismiss and Memorandum of Points and Authorities in Support, a copy of which is attached as Exhibit C. Plaintiff filed her Opposition on November 17, 2005, a copy of which is attached as Exhibit D. No further proceedings have been had in the Superior Court Action.

4.    A copy of the Initial Order, Summons, Complaint and Jury Demand were transmitted by certified mail to Corrections Corporation of America on October 24, 2005, postmarked October 21, 2005.

5.    The plaintiff's Complaint seeks damages of over $3,000,000.00.

6.    Upon information and belief, the plaintiff, Lisa Bean, is a citizen of the District of Columbia for purposes of diversity jurisdiction. She is currently incarcerated in a federal penitentiary in Kentucky.

7.    Corrections Corporation of America is, and was at the time the Superior Court Action was filed, a Maryland corporation with its principal place of business at 10 Burton Hills Boulevard, Nashville, Tennessee 37215.

8.    The Superior Court Action involves a controversy between citizens of different states, and there is complete diversity of citizenship.

9.    This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the Superior Court Action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

10.   Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by the Defendant of Plaintiff's Summons and Complaint through service or otherwise.

11. The Defendants have given the Plaintiff and the Clerk of the Superior Court of the District of Columbia proper and timely notice of the filing of this Notice of Removal.

WHEREFORE, Corrections Corporation of America, by counsel, hereby removes the above-entitled action from the Superior Court of the District of Columbia to this Court.

CORRECTIONS CORPORATION OF AMERICA
By Counsel

By: _____
               Counsel

Rebecca E. Kuehn. (D.C. Bar No. 447481)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007 (telephone)
703-684-8075 (facsimile)

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
602-263-7323 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal was mailed this 18th day of November 2005:

Patrick J. Christmas
Justin G. Nunzio
Ariel I. Rayman
Patrick J. Christmas & Associates, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910

and a copy of this Notice (without attachments) was hand-delivered to:

Clerk, Superior Court of the District of Columbia
H. Carl Moultrie Courthouse
500 Indiana Avenue, N.W.
John Marshall Level
Room JM-170
Washington, DC 20001

Rebecca E. Kuehn