# Exhibit A

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

LISA BEAN
United States Penitentiary/
McCreary, P.O. Box 3000
Pine Knoy, KY 42635
                *Plaintiff*

05-0008344

vs.

Corrections Corporation of
America
                *Defendant*

Civil Action No. _____

## SUMMONS

To the above named Defendant: Corrections Corporation of America, Serve: CT Corporation System, 1015 15Th Street, NW Suite 1000, Washington, DC 20005

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick J. Christmas, Esquire
Name of Plaintiff's Attorney
8401 Colesville Road, Suite 510
Address
Silver Spring, MD 20910
(301)589-3009
Telephone

*Clerk of the Court*

By _____ Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

**IMPORTANT:** IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

LISA BEAN )
United States Penitentiary/McCreary )
P.O. Box- 3000 )
Pine Knoy, KY 42635 )
 )
 )   05-0008344
Plaintiff, )
 )  Civil Action No. _____
v. )
 )
CORRECTIONS CORPORATION )
OF AMERICA )
 )
Serve: CT Corporation System )
1015 15th Street, NW )
Suite 1000 )
Washington, D.C. 20005 )
 )
Defendant )

## COMPLAINT

COMES NOW the Plaintiff, LISA BEAN by and through her counsel, Patrick J. Christmas & Associates, and sues the Defendant, CORRECTIONS CORPORATION OF AMERICA and in support of said action represents unto this Honorable Court as follows:

1. The jurisdiction of this cause is founded on Title 11, Section 921, District of Columbia Code (1981 Edition).

2. At all times relevant hereto, the Defendant, CORRECTIONS CORPORATIONS OF AMERICA is a corporation in good standing in the District of Columbia that employs, supervises and trains individuals for correctional facilities including but not limited to the facility located at 1901 E Street, SE, Washington, D.C. 20003.

3. That on or about November 16, 2002, Plaintiff, LISA BEAN, was under

the care, supervision and custody of the Defendant, CORRECTIONS CORPORATION OF AMERICA, at Defendant's location of 1901 E Street, SE, Washington, D.C. While under the care, supervision and custody of the Defendant, CORRECTIONS COPORATIONS OF AMERICA, Plaintiff, LISA BEAN, was impregnated by another inmate under Defendant's custody.

4. Defendant, CORRECTIONS CORPORATION OF AMERICAN, by and through its agents, servants, and/or employees owed Plaintiff, LISA BEAN, a duty to supervise her and keep her safe from other inmates including but not limited to her not getting pregnant by another inmate. The actions of Defendant's agents, servant and/or employees were undertaken in the regular course of their employment with Defendant CORRECTIONS CORPORATION OF AMERICA.

5. Defendant, CORRECTIONS CORPORATION OF AMERICA, by and through its agents, servants and/or employees were negligent in failing to provide for the adequate instruction, training and supervision of its employees generally, and in particular in the proper performance of their duties.

6. Defendant CORRECTIONS CORPORATION OF AMERICA was negligent in failing to provide its agents, servants, and/or employees involved with adequate and proper instruction, training, supervision with respect to:

    a. The proper and appropriate interaction between male and female inmates.

    b. The need to have inmates refrain from actions that are sexual in nature;

    c. The need to segregate male and female inmates.

7. Moreover, the conduct of the Defendant, CORRECTIONS CORPORATIONS OF AMERICA was otherwise negligent and careless.

8. The negligent acts of Defendant CORRECTIONS CORPORATIONS OF AMERICA, by and through its agents, servants and/or employees constituted a breach of duty of care owed to the Plaintiff, which directly and proximately caused Plaintiff grievous permanent injury to her mind and body generally. That Plaintiff, LISA BEAN, is financially and emotionally responsible for a newborn child. Plaintiff has and in the future will incur medical and out-of-pocket expenses for herself and for the rearing of her child.

WHEREFORE, Plaintiff, LISA BEAN, demands judgment against the Defendant, CORRECTIONS CORPORATION OF AMERICA, in the sum of THREE MILLION ($3,000,000.00) DOLLARS in compensatory damages, plus interest, costs and that which the Court deems just and proper.

Respectfully submitted,

PATRICK J. CHRISTMAS
& ASSOCIATES, P.C.

Patrick J. Christmas, Esquire #85985
Justin G. Nunzio, Esquire #434220
Ariel I. Rayman, Esquire #479375
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
(301) 589-3009
*Counsel for Plaintiff*

3

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| LISA BEAN<br>United States Penitentiary/McCreary<br>P.O. Box- 3000<br>Pine Knoy, KY 42635<br><br>      Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION<br>OF AMERICA<br><br>Serve: CT Corporation System<br>       1015 15th Street, NW<br>       Suite 1000<br>       Washington, D.C. 20005<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues herein presented.

Respectfully submitted,

**PATRICK J. CHRISTMAS
& ASSOCIATES, P.C.**

_____
Patrick J. Christmas, Esquire #85985
Justin G. Nunzio, Esquire #434220
Ariel I. Rayman, Esquire #479375
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
(301) 589-3009
*Counsel for Plaintiff*

4