## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br>United States Penitentiary/McCreary<br>P.O. Box 3000<br>Pine Knoy, Kentucky 42635<br><br>          Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA,<br>10 Burton Hills Boulevard<br>Nashville, Tennessee 37215<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Corrections Corporation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                      CORRECTIONS CORPORATION OF AMERICA
                                                      By Counsel

                                                      By: _____
                                                                    Counsel

Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Rule 7.1 Certificate was mailed this 18th day of November 2005:

Patrick J. Christmas
Justin G. Nunzio
Ariel I. Rayman
Patrick J. Christmas & Associates, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910

_____
Rebecca E. Kuehn