UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA BEAN,**<br>　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CORRECTIONS CORPORATION OF AMERICA,**<br>　　　　　　　**Defendant.** | Civil Action 02-02255 (HHK) |

## ORDER

Presently before the court is defendant Corrections Corporation of America's motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted.[1]  Upon consideration of the motion and the opposition thereto, the court concludes that the motion should be denied.  Accordingly, it is this 20th day of December, 2005, hereby

　　ORDERED that the motion to dismiss is **DENIED**.


　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff filed her complaint in D.C. Superior Court on or about October 20, 2005.  On November 14, 2005, CCA filed its motion to dismiss, to which plaintiff filed an opposition three days later.  Pursuant to 28 U.S.C. § 1441(a), defendant removed this matter to federal court on November 21, 2005.