IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>                    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>                    Defendant. | No. 1:05-cv-02255-HHK |

ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enter his appearance as counsel for Defendant, Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

Kelvin L. Newsome, Esq.
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988
kelvin.newsome@leclairryan.com

Respectfully submitted,

LECLAIR RYAN

_____/s/_____
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ  85012
(602) 263-7323