IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>　　　　　　Defendant. | No. 1:05-cv-02255-HHK |

## NOTICE OF WITHDRAWAL

Please take notice that Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendant Corrections Corporation of America in the above-captioned matter as she is taking a position with the federal government.

Dated this 4th day of May 2006.


　　　　/s/
_____
Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile:  (703) 684-8075