IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>    Defendant. | No. 1:05-cv-02255-HHK |

ENTRY OF APPEARANCE

  Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as counsel for Defendant Corrections Corporation of America.

  The firm address, telephone and facsimile numbers, as well as e-mail address for Megan S. Ben'Ary is as follows:

  Megan S. Ben'Ary
  LeClair Ryan
  225 Reinekers Lane, Suite 700
  Alexandria, VA  22314
  Telephone No.:  (703) 684-8007
  Facsimile No.:   (703) 684-8075
  megan.benary@leclairryan.com

Respectfully submitted,

LECLAIR RYAN


    /s/  Megan S. Ben'Ary
Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012