IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>                              Plaintiff,<br><br>           v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>                              Defendant. | Civil Action No. 05-02255 (HHK) |

## NOTICE OF SETTLEMENT

Defendant, Corrections Corporation of America, through counsel, hereby notifies the Court that the parties have reached settlement in the above-captioned matter. The parties will file a Stipulation to Dismiss this case in its entirety with prejudice and a proposed Order in the near future.

                                              By:    s/ Daniel P. Struck
                                                     Daniel P. Struck, (D.C. Bar No. CO0037)
                                                     JONES, SKELTON & HOCHULI, P.L.C.
                                                     2901 North Central Avenue,
                                                     Suite 800
                                                     Phoenix, Arizona 85012
                                                     Telephone: (602) 263-1700
                                                     Facsimile: (602) 263-1784

                                                     Kelvin L. Newsome, Esq. (D.C. Bar No. 439206)
                                                     Megan S. Ben'Ary, Esq. (D.C. Bar No. 493415)
                                                     LeClair Ryan, A Professional Corporation
                                                     225 Reinekers Lane, Suite 700
                                                     Alexandria, Virginia 22314
                                                     Telephone: (703) 684-8007
                                                     Facsimile: (703) 684-8075

                                                     Attorneys for Defendant
                                                     Corrections Corporation of America

Electronically filed this 21st day of September, 2006.
Copy of the foregoing served on all parties electronically
on the 21st day of September, 2006.

        s/ Carol S. Madden

1663322.1