# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>      Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>      Defendant. | Civil Action No. 05-02255 (HHK) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

      IT IS STIPULATED by and between Plaintiff and Corrections Corporation of America, through their respective counsel, that all claims filed in the above-entitled action shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

Dated: this 11th day of October, 2006.      By: _____
Daniel P. Struck, Bar No. CO0037
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

Kelvin L. Newsome, Esq.
Megan S. Ben'Ary, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Attorneys for Defendant
Corrections Corporation of America

By: _____
Patrick J. Christmas, Esq.
PATRICK J. CHRISTMAS &
ASSOCIATES, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
Telephone: (301) 589-3009

Attorney for Plaintiff Lisa Bean, a/k/a Sonya Johnson