IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA BEAN,

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

        Defendant.

Civil Action No. 05-02255 (HHK)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties and with good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED dismissing Plaintiff's cause of action against Defendant, <u>with prejudice</u>, with each side to bear their own costs and attorneys' fees.

Dated:

_____
Henry H. Kennedy, Jr.
United States District Judge