IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>        Defendant. | Civil Action No. 05-02255 (HHK) |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendant, through counsel, hereby requests this Court enforce the settlement agreement Plaintiff entered into with Defendant. On or about July 25, 2006, Plaintiff and Defendant agreed to settle the above referenced case for $1000. On August 3, 2006, Defendant sent Plaintiff's counsel electronic correspondence confirming the settlement terms.[1] Plaintiff's counsel responded to Defendant on August 8, 2006, advising that the terms were correct and to let him know when the final documents were ready.[2] Plaintiff's counsel also indicated how the settlement check should be made.[3] Defendant provided Plaintiff's counsel with drafts of the closing documents, including the Notice of Settlement, Stipulation to Dismiss and the Settlement Agreement and Release for his approval.[4] Plaintiff's counsel confirmed the drafts were correct and advised Defendant that he would forward the documents on to his client.[5] Thereafter,

---

[1] *See* Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated August 3, 2006, attached hereto as Exhibit 1.
[2] *See* Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated August 9, 2006, attached hereto as Exhibit 2.
[3] *See* Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated September 21, 2006, attached hereto as Exhibit 3.
[4] *See* Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated September 19, 2006, attached hereto as Exhibit 4.
[5] *See* Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated September 20, 2006, attached

Defendant filed a Notice of Settlement with this Court on September 21, 2006 and forwarded hard copies of the Stipulation to Dismiss and the Settlement Agreement and Release to Plaintiff's counsel on September 27, 2006, requesting they be signed and returned.[6]

As of November 7, 2006, Plaintiff's counsel had not yet returned the closing documents. Defendant wrote to Plaintiff's counsel inquiring as to the status and on November 28, 2006, Plaintiff's counsel advised Defense counsel over the telephone that his client wanted to back out of the settlement.[7]

It is well settled in the District of Columbia that trial courts have the power to enforce settlement agreements in cases pending before them.[8] The Court's authority to enforce such agreements is based on the policy favoring amicable adjustment of disputes and the avoidance of costly and time-consuming litigation.[9] Plaintiff's counsel does not dispute the fact that a settlement agreement was reached. Because the case has not yet been dismissed, this Court has jurisdiction to enforce the terms of the settlement agreement.[10] Accordingly, because both parties entered into a settlement agreement and agreed to the stated terms therein,[11] Defendant respectfully requests this Court enforce same.

---

hereto as Exhibit 5.
[6] *See* September 27, 2006 letter from Shannon Ivanyi to Ariel Rayman, attached hereto as Exhibit 6; *see also* Stipulation to Dismiss and Settlement Agreement and Release, attached hereto as Exhibit 7.
[7] *See* Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated November 7, 2006, attached hereto as Exhibit 8.
[8] ***Confederate Memorial Assoc., Inc. v. United Daughters of the Confederacy***, 629 A.2d 37, 39 (D.C. Ct. App. 1993).
[9] *Id.*
[10] *Id.*
[11] Plaintiff's counsel informed Defense counsel during their conversation on November 28, 2006 that he had obtained a signed acknowledgement from his client agreeing to the $1000 settlement offer.

| | |
|---|---|
| Dated this 6th day of December, 2006. | By    s/ Daniel P. Struck <br> Daniel P. Struck, Bar No. CO0037 <br> JONES, SKELTON & HOCHULI, P.L.C. <br> 2901 North Central Avenue, Suite 800 <br> Phoenix, Arizona 85012 <br> Telephone: (602) 263-1700 <br> Facsimile: (602) 263-1784 <br><br> Kelvin L. Newsome (No. 439206) <br> Megan Ben'Ary (No. 493415) <br> LECLAIR RYAN, A PROFESSIONAL CORPORATION <br> 225 Reinekers Lane <br> Suite 700 <br> Alexandria, VA 22314 <br> Telephone: (703) 647-5933 <br> Facsimile: (703) 647-5983 <br><br> Attorney for Defendant <br> Corrections Corporation of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2006, a true copy of the foregoing Motion to Enforce Settlement was mailed, first class, postage prepaid to:

Patrick J. Christmas, Esq.
PATRICK J. CHRISTMAS & ASSOCIATES, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
(301) 589-3009

Counsel for *Plaintiff*


    s/ Daniel P. Struck

1719456.1