**EXHIBIT 1:**   Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated August 3, 2006

**EXHIBIT 2:**   Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated August ¶, 2006

**EXHIBIT 3:**   Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated September 21, 2006

**EXHIBIT 4:**   Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated September 19, 2006

**EXHIBIT 5:**   Electronic Mail Correspondence from Ariel Rayman to Shannon Ivanyi, dated September 20, 2006

**EXHIBIT 6:**   September 27, 2006 letter from Shannon Ivanyi to Ariel Rayman

**EXHIBIT 7:**   Stipulation to Dismiss and Settlement Agreement and Release

**EXHIBIT 8:**   Electronic Mail Correspondence from Shannon Ivanyi to Ariel Rayman, dated November 7, 2006

**EXHIBIT 1**

## SHANNON IVANYI

**From:**     SHANNON IVANYI
**Sent:**     Thursday, August 03, 2006 1:29 PM
**To:**       'arayman@christmaslaw.com'
**Subject:**  RE: my email address

Ariel,

Sorry for the delay in getting this closed. I just want to confirm all the information necessary to get this done. Your tax ID is 521804202 and the check for $1000 needs to be made payable to your law firm. I am in the process of preparing the following:
1) Notice of settlement
2) Release (please be advised that we will have to include all potential parties, including the District of Columbia in that release)
3) Stipulation to dismiss
4) Order for dismissal

I will have the Notice filed hopefully today. If any of the above is incorrect, please advise me immediately. Thank you for all your help.

Shannon M. Ivanyi, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Direct Phone: (602) 263-1708
Direct Fax: (602) 200-7868
sivanyi@jshfirm.com

This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1708 and delete the message from your system. Thank you very much.

12/5/2006

**EXHIBIT 2**

# SHANNON IVANYI

**From:** Ariel Rayman [arayman@christmaslaw.com]
**Sent:** Wednesday, August 09, 2006 9:49 AM
**To:** SHANNON IVANYI
**Subject:** RE: my email address

Everything looks good, let me know when the documents are ready.

-----Original Message-----
**From:** SHANNON IVANYI [mailto:sivanyi@JSHFIRM.com]
**Sent:** Thursday, August 03, 2006 4:29 PM
**To:** arayman@christmaslaw.com
**Subject:** RE: my email address

Ariel,

Sorry for the delay in getting this closed. I just want to confirm all the information necessary to get this done. Your tax ID is 521804202 and the check for $1000 needs to be made payable to your law firm. I am in the process of preparing the following:
1) Notice of settlement
2) Release (please be advised that we will have to include all potential parties, including the District of Columbia in that release)
3) Stipulation to dismiss
4) Order for dismissal

I will have the Notice filed hopefully today. If any of the above is incorrect, please advise me immediately. Thank you for all your help.

Shannon M. Ivanyi, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Direct Phone: (602) 263-1708
Direct Fax: (602) 200-7860
sivanyi@jshfirm.com

This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1700 and delete the message from your system. Thank you very much.

**EXHIBIT 3**

# SHANNON IVANYI

**From:** Ariel Rayman [arayman@christmaslaw.com]
**Sent:** Thursday, September 21, 2006 7:32 AM
**To:** SHANNON IVANYI
**Subject:** RE: Bean

Shannon:

Please include both the firm's name and client's name on the check.

Thank you.

Ariel

> -----Original Message-----
> **From:** SHANNON IVANYI [mailto:sivanyi@JSHFIRM.com]
> **Sent:** Wednesday, September 20, 2006 12:59 PM
> **To:** arayman@christmaslaw.com
> **Cc:** DANIEL STRUCK
> **Subject:** Bean
>
> Ariel,
>
> You had asked that the settlement check be made out to your law firm and that I did not need to put her name on it. I have been asked to ensure that you have a power of attorney with respect to her, otherwise we will need to put her name on the check as well. Please advise.
>
> Shannon M. Ivanyi, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona 85012
> Direct Phone: (602) 263-1708
> Direct Fax: (602) 200-7860
> sivanyi@jshfirm.com

This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1700 and delete the message from your system. Thank you very much.

12/5/2006

**EXHIBIT 4**

**SHANNON IVANYI**

| | |
|---|---|
| **From:** | SHANNON IVANYI |
| **Sent:** | Tuesday, September 19, 2006 9:16 AM |
| **To:** | 'arayman@christmaslaw.com' |
| **Subject:** | Bean Settlement Agreement and Release.DOC;Notice of Settlement.DOC;Stipulation for Dismissal with prejudice.DOC |
| **Attachments:** | Bean Settlement Agreement and Release.DOC; Notice of Settlement.DOC; Stipulation for Dismissal with prejudice.DOC |

Ariel, I have attached the settlement agreement and release, the Notice of settlement and the stipulation for dismissal for your review. I apologize for the delay but had to have it ok'd by the partner. Please let me know if these meet with your approval and I will request the settlement check. Thank you for your patience.

    

Bean Settlement     Notice of         Stipulation for
Agreement and ...   ttlement.DOC (50 K   Dismissal with...

Shannon M. Ivanyi, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Direct Phone: (602) 263-1708
Direct Fax: (602) 200-7860
sivanyi@jshfirm.com

This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1700 and delete the message from your system. Thank you very much.

**EXHIBIT 5**

## SHANNON IVANYI

**From:**    Ariel Rayman [arayman@christmaslaw.com]
**Sent:**    Wednesday, September 20, 2006 5:54 AM
**To:**      SHANNON IVANYI
**Subject:** RE: Bean Settlement Agreement and Release.DOC

Shannon, thank you. I figured Steve Groom didn't have to sign anything. I will forward the settlement agreement to my client. As soon as I receive the executed document, it will be forwarded to your office.


    -----Original Message-----
    **From:** SHANNON IVANYI [mailto:sivanyi@JSHFIRM.com]
    **Sent:** Tuesday, September 19, 2006 4:37 PM
    **To:** arayman@christmaslaw.com
    **Subject:** Bean Settlement Agreement and Release.DOC


    Ariel, Please find attached the correct version of the settlement agreement and release. The one I sent you previously had Steve Groom's name on it and he does not have to sign. Any questions, please call.


    <<Bean Settlement Agreement and Release.DOC>>

    Shannon M. Ivanyi, Esq.
    Jones, Skelton & Hochuli, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Direct Phone: (602) 263-1708
    Direct Fax: (602) 200-7860
    sivanyi@jshfirm.com

    This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1700 and delete the message from your system. Thank you very much.

**EXHIBIT 6**

 JONES, SKELTON & HOCHULI, P.L.C.

**DANIEL P. STRUCK**
TELEPHONE: (602) 263-7323
FAX: (602) 200-7811
E-MAIL: DSTRUCK@JSHFIRM.COM

**SHANNON M. IVANYI**
TELEPHONE: (602) 263-1708
FAX: (602) 200-7880
E-MAIL: SIVANYI@JSHFIRM.COM

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

September 27, 2006

Ariel Rayman, Esq.
Patrick J. Christmas & Associates, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910

Re:    Sonya Johnson aka Lisa Bean v. Corrections Corporation of America
       Superior Court of the District of Columbia
       Cause No. 05-0008344

Dear Ariel:

Please find enclosed the original Stipulation for Dismissal with Prejudice for your signature. Once we receive the signed Stipulation and the original signed Settlement Agreement and Release from you we will file the Stipulation and forward you the settlement check.

Sincerely,

Daniel P. Struck
Shannon M. Ivanyi
For the Firm

DPS/SMI:cas
Enclosure

**EXHIBIT 7**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

LISA BEAN,

               Plaintiff,

      v.

CORRECTIONS CORPORATION OF AMERICA,

           Defendant.

Civil Action No. 05-02255 (HHK)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between Plaintiff and Corrections Corporation of America, through their respective counsel, that all claims filed in the above-entitled action shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

Dated: this ____ day of _____, 2006.

By: _____

    Daniel P. Struck, Bar No. CO0037
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone: (602) 263-1700
    Facsimile: (602) 263-1784

    Kelvin L. Newsome, Esq.
    Megan S. Ben'Ary, Esq.
    LeClair Ryan, A Professional Corporation
    225 Reinekers Lane, Suite 700
    Alexandria, Virginia 22314
    Telephone: (703) 684-8007
    Facsimile: (703) 684-8075

Attorneys for Defendant
Corrections Corporation of America

By:_____

    Patrick J. Christmas, Esq.
    PATRICK J. CHRISTMAS &
    ASSOCIATES, P.C.
    8401 Colesville Road, Suite 510
    Silver Spring, MD 20910
    Telephone: (301) 589-3009

Attorney for Plaintiff Lisa Bean, a/k/a Sonya
Johnson

## SETTLEMENT AGREEMENT, MUTUAL RELEASE OF ALL CLAIMS AND COVENANT OF NON-DISCLOSURE

Plaintiff, LISA BEAN, a/k/a SONYA JOHNSON, and Defendant, CORRECTIONS CORPORATION OF AMERICA, hereby stipulate to the following settlement agreement, mutual release of all claims and covenant of non-disclosure as follows:

That for the consideration of the sum of ONE THOUSAND DOLLARS AND 00/100 ($1,000.00), paid this date by CORRECTIONS CORPORATION OF AMERICA, the receipt and sufficiency of which is hereby acknowledged, Plaintiff, LISA BEAN, a/k/a SONYA JOHNSON, does hereby release, acquit and forever discharge DEFENDANT CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders, agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers, directors, agents and employees, from any and all liability on account of any and all injuries and damages sustained by her, including but not limited to, any and all claims for negligent supervision, negligent hiring, negligent instruction, wrongful pregnancy, (BOTH KNOWN AND UNKNOWN AND THE CONSEQUENCES THEREOF WHETHER DEVELOPED OR UNDEVELOPED) resulting or to result from the events occurring while LISA BEAN, a/k/a SONYA JOHNSON was incarcerated at CORRECTIONS CORPORATION OF AMERICA'S Correctional Treatment Facility, located in Washington, D.C. from June 4, 2002 until August 9, 2003, again from August 11, 2003 until November 14, 2003; and finally, for less than 24 hours on May 20, 2004, as more particularly set forth in Cause No. 05-02255 (HHK) filed in the United States District Court for the District of Columbia, entitled Lisa Bean, a/k/a Sonya Johnson, Plaintiff, vs. Corrections Corporation of America, Defendant. This case will be dismissed with prejudice in its entirety.

1663327.1

In addition, LISA BEAN, a/k/a SONYA JOHNSON does hereby release, acquit and forever discharge Defendant CORRECTIONS CORPORATION OF AMERICA and the District of Columbia for any and all claims, demands and causes of action of any kind whatsoever in connection with the parties reference herein, including attorneys' fees, property damage, known injuries, complications and consequences of known injuries, and/or damages, even though presently unsuspected, and unknown injuries and/or damages.

THIS SETTLEMENT AGREEMENT AND RELEASE IS INTENDED TO AND DOES COVER ALL INJURIES AND/OR DAMAGES, WHETHER KNOWN TO THE PARTIES AT THE TIME OF THE EXECUTION OF THIS AGREEMENT OR NOT, WHICH HAVE RESULTED OR MAY HEREAFTER RESULT, OR WHICH MAY HEREAFTER BE DISCOVERED, AND WHICH MAY HAVE BEEN CAUSED OR MAY BE CLAIMED TO HAVE BEEN CAUSED BY INCIDENTS WHICH ALLEGEDLY OCCURRED DURING THE COURSE OF LISA BEAN, a/k/a SONYA JOHNSON'S INCARCERATION AT CORRECTIONS CORPORATION OF AMERICA'S CORRECTIONAL TREATMENT FACILITY, LOCATED IN WASHINGTON, D.C. The parties to this instrument recognize that THE UNDERSIGNED PARTIES MAY HAVE SUSTAINED INJURIES AND/OR DAMAGES WHICH ARE UNKNOWN at the time of the execution hereof, and INTEND BY THE EXECUTION OF THIS INSTRUMENT TO RELEASE ANY CLAIM FOR SUCH UNKNOWN INJURIES AND/OR DAMAGES. It is further understood and agreed that part of the consideration set forth above paid to LISA BEAN, a/k/a SONYA JOHNSON is to compensate LISA BEAN, a/k/a SONYA JOHNSON for unknown injuries and/or damages that may be discovered in the future.

It is further understood and agreed that LISA BEAN, a/k/a SONYA JOHNSON will indemnify CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers, directors, agents and employees, for any other claims brought against any other persons, agencies, entities, companies or retailers by LISA BEAN, a/k/a SONYA JOHNSON for the aforementioned injuries, if those persons, agencies, entities, companies or retailers should seek damages against CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers, directors, agents and employees, for either indemnity or contribution.

LISA BEAN, a/k/a SONYA JOHNSON hereby warrants that out of the proceeds paid herein, LISA BEAN, a/k/a SONYA JOHNSON will satisfy any and all unpaid or unsatisfied hospital, insurance or medical liens, and that the undersigned will indemnify and hold harmless CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers, directors, agents and employees, from any and all liability whatsoever, including but not limited to costs, attorneys' fees or judgments which might arise from an unpaid or unsatisfied hospital, insurance or medical lien or lien of any other kind which might apply to the proceeds paid herein or otherwise resulting from the involvement in the aforesaid incidents.

It is understood and agreed that the payment of this sum to LISA BEAN, a/k/a SONYA JOHNSON is not to be construed as an admission of liability on the part of CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers,

1663327.1

directors, agents and employees, liability therefore being expressly denied, but is in compromise and settlement of a disputed claim.

LISA BEAN, a/k/a SONYA JOHNSON agrees that the factual circumstances surrounding the settlement, as well as the specific terms, conditions and amount of money being paid pursuant to this Agreement, are confidential and shall not be publicly disclosed, discussed or described by the undersigned or her attorney, except as may be required by law. LISA BEAN, a/k/a SONYA JOHNSON fully agrees that she shall neither publish nor disclose with the intent to have published the factual background of her allegations against CORRECTIONS CORPORATION OF AMERICA, its officers, directors, shareholders agents, subsidiaries, affiliated companies, servants and employees, the District of Columbia and their officers, directors, agents and employees, or their responses thereto. LISA BEAN, a/k/a SONYA JOHNSON agrees that disclosure of the factual circumstances surrounding the settlement, specific terms, conditions or amount of money being paid will constitute a breach of the settlement agreement, requiring a return of the sums discussed herein to CORRECTIONS CORPORATION OF AMERICA. Privileged, fiduciary or familial disclosure shall not constitute public disclosure.

IN WITNESS WHEREOF, LISA BEAN, a/k/a SONYA JOHNSON has hereunto set her hand this _____ day of _____, 2006.

_____
LISA BEAN, a/k/a SONYA JOHNSON

STATE OF CONNECTICUT)
                         ) ss.
County of                     )

         On this, the _____ day of _____, 2006, before me, the undersigned Notary Public, appeared LISA BEAN, a/k/a SONYA JOHNSON, to me known (or satisfactorily proven) to be the person who executed the foregoing instrument, "SETTLEMENT AGREEMENT, MUTUAL RELEASE OF ALL CLAIMS AND COVENANT OF NON-DISCLOSURE" and acknowledged that she executed the same as and for her free act and deed for the purposes therein contained.

        WITNESS my hand and official seal.


                                _____
                                Notary Public

My Commission Expires: _____

APPROVED TO FORM:

_____
Ariel Rayman, Esq.


APPROVED TO FORM:


_____
Daniel P. Struck, Esq.

1663327.1

**EXHIBIT 8**

## SHANNON IVANYI

**From:** Ariel Rayman [arayman@christmaslaw.com]
**Sent:** Tuesday, November 28, 2006 6:37 AM
**To:** SHANNON IVANYI
**Subject:** RE: Bean

Shannon:

Will you please contact me upon receipt of this email to discuss the above referenced case.

Thank you.

Ariel

-----Original Message-----
**From:** SHANNON IVANYI [mailto:sivanyi@JSHFIRM.com]
**Sent:** Tuesday, November 07, 2006 10:25 AM
**To:** arayman@christmaslaw.com
**Subject:** Bean

Hello Ariel,

I was just wondering if you could provide me with a status on getting the release and settlement agreement signed.  Please let me know.  Thanks.

Shannon M. Ivanyi, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Direct Phone: (602) 263-1708
Direct Fax: (602) 200-7860
sivanyi@jshfirm.com

This electronic mail message, and any attachment, is confidential and may contain privileged information. This message is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the message or any information contained in this message, including attachments. If you have received this in error, please immediately call the originator at 602-263-1700 and delete the message from your system. Thank you very much.

12/5/2006