IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA BEAN, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-02255 (HHK) |
| CORRECTIONS CORPORATION OF AMERICA, | ) ) | |
|     Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

COMES NOW the Plaintiff, Lisa Bean, by and through counsel, Ariel I. Rayman, Esq., and the law offices of Patrick J. Christmas & Associates, P.C., and hereby files her Response to Defendant's Motion to Enforce Settlement Agreement, and in support thereof, states as follows:

1. On or about May 10, 2006, undersigned spoke to Plaintiff regarding the above referenced matter. At that time, Plaintiff represented to undersigned that she agreed to settle her matter for the sum of One Thousand Dollars ($1,000.00). Undersigned counsel is in possession of written documentation regarding the same, however, due to the attorney-client privilege undersigned is unable to produce.

2. On or about July 25, 2006, undersigned informed counsel for Defendant that Plaintiff agreed to the settlement amount and subsequently agreed to the settlement terms.

3. On or about September 20, 2006, undersigned forwarded to Plaintiff all settlement documents for execution.

4. Undersigned counsel made repeated attempts to contact Plaintiff, who is incarcerated at FCI Danbury, CT, regarding the settlement documents, however, Plaintiff did not respond.

5. On or about November 1, 2006, undersigned received from Plaintiff via mail a letter declining the settlement agreement.

6. It is undersigned's position that the Plaintiff no longer agrees to the settlement terms.

Dated this 7th day of December, 2006.

By:    /s/
Ariel I. Rayman, Esq. (479375)
Patrick J. Christmas & Associates, P.C.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
Telephone: (301) 589-3009
Facsimile: (301) 589-1909
*Counsel for Plaintiff Lisa Bean*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2006, a true and correct copy of the foregoing Plaintiffs Response to Defendant's Motion to Enforce Settlement was mailed, first class, postage prepaid, to:

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Kelvin L. Newsome, Esq.
Megan Ben'Ary, Esq.
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

*Counsel for Defendant*

/s/
Ariel I. Rayman, Esq.