UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA BEAN,<br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>    Defendant. | Civil Action 05-02255 (HHK) |

ORDER DISMISSING MOTION TO
ENFORCE SETTLEMENT AGREEMENT

  Before this court is Defendant's motion to enforce the settlement agreement [#17]. The parties filed a Stipulation of Dismissal with Prejudice in this matter on October 11, 2006, indicating that all claims in the action would be "dismissed in their entirety, WITH PREJUDICE," [#16] and the case was consequently terminated. Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that Defendant's motion must be denied because this court lacks subject matter jurisdiction to address it.

  The court did not retain jurisdiction over the matter nor were the terms of the settlement made a part of an order of dismissal. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994) (holding that court did not have jurisdiction to enforce settlement agreement). Therefore, the court lacks the power to enforce the settlement agreement, which is a binding contract whose enforceability is determined by state law. *See Makins v. District of Columbia*, 277 F.3d 544, 547-78 (D.C. Cir. 2002) (observing that state contract law governed question of enforceability of settlement agreement).

Accordingly, this 11th day of December, it is hereby

**ORDERED** that the motion to enforce the settlement agreement [#17] is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge